THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 James Bledsoe, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 

ON WRIT OF CERTIORARI

Appeal from Lexington County
Marc E. Westbrook, Circuit Court Judge 
 L. Casey Manning, Post-Conviction Judge

Memorandum Opinion No.  2008-MO-043
 Submitted October 22, 2008  Filed October
27, 2008  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley E. Elliott, and Assistant Attorney General
 Daniel E. Grigg, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful review of the Appendix and
 briefs, the writ of certiorari is
DISMISSED
AS IMPROVIDENTLY GRANTED.

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.